IN THE COURT OF APPEALS
TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS


FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 16 2015
elkm

TYLER TEXAS
PAM ESTES, CLERK

No. 12-15-00306-CV

In re JUAN ENRIQUEZ, Relator

Original Proceeding from Anderson County, Texas
369th Judicial District, No. 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

## UNSWORN DECLARATION OF INABILITY TO PAY

My name is Juan Enriquez. I do not have the money to pay the filing fees and court costs of this case as I am imprisoned and the State does not pay prisoners wages. I make this unsworn declaration under Section 132.002, Tex.Civ.Prac. & Rem. Code.

I am the relator in the above referenced case. I am over 21 years of age, of sound mind, and able to make this unsworn declaration. My statements in this unsworn declaration are made on personal knowledge.

1. I am not receiving any governmental entitlement funds.
2. I do not have any employment or other income.
3. I do not have access to spousal income as I am single.
4. I do not have any property.
5. I have $0 balance in my prison account.
6. I have expenses of approximately $100 a month to pay for things the prison does not provide.
7. I owe $10,000 in loans to friends and family.

I, Juan Enriquez, declare under penalty of perjury, that the foregoing statements in my unsworn declaration are true and correct. Executed on December 8, 2015.

Juan Enriquez

### Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above unsworn declaration of inability to pay was served by placing same in the United States mail, postage prepaid, on December 8, 2015, addressed to Honorable Bascom W. Bentley, III, Judge, 369th District Court, 500 N. Church St., Palestine, TX 75801, and Rick Thaler, Director, TDCJ-CID, P. O. Box 99, Huntsville, TX 77340.

Juan Enriquez